■ The People of the State of New York, Respondent, v Timothy Ferguson, Appellant. [773 NYS2d 292]—

Judgment, Supreme Court, New York County (Lewis Stone, J., at hearing; James Yates, J., at jury trial and sentence), rendered June 13, 2002, convicting defendant of criminal sale of a controlled substance in the third degree, and sentencing him, as a second felony offender, to a term of 4½ to 9 years, unanimously affirmed.

The court properly denied defendant's suppression motion. The police had, at the very least, reasonable suspicion to detain defendant for a confirmatory identification by an undercover officer, since defendant fit the description of a person who had sold drugs to the undercover officer moments before and was discovered in the very spot described by that officer. The description, which featured a particular article of clothing, was sufficiently specific, given the close spatial and temporal factors and the fact that defendant was the only person present who met the description (*see e.g. People v Rampersant*, 272 AD2d 202 [2000], *lv denied* 95 NY2d 870 [2000]). Concur—Nardelli, J.P., Mazzarelli, Friedman and Gonzalez, JJ.